**Willie Small, Plaintiff-Appellant, v. John M. Bastian, Defendant-Appellee.**

**Gen. No. 51,880.** 

First Judicial District.
May 29, 1968.
Rehearing denied July 1, 1968.

Asher, Greenfield, Gubbins and Segall, of Chicago (Irving D. Levin, of counsel), for appellant; Herbert Zahn and Constantine Dranias, of Lombard (Zeno Middleton, of counsel), for appellee. Opinion by PRESIDING JUSTICE ALLOY. **Not to be published in full.**